IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $24,488 IN U.S. CURRENCY AND A GOLD NECKLACE AND PENDANT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 3:25-cv-00133<br><br>DECLARATION OF PUBLICATION |

Pursuant to Fed. R. Civ. P. Supp. R. G(4)(a)(iv)(C), Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 10, 2025, and ending on January 8, 2026, as evidenced by Attachment 1.

Respectfully submitted,

David C. Waterman
United States Attorney

By: */s/Craig Peyton Gaumer*

Craig Peyton Gaumer
Assistant United States Attorney
U. S. Attorney's Office
210 Walnut Street, Suite 455
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: craig.gaumer@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

__X__ U.S. Mail _____ Fax _____ Hand Delivery __X__ECF/Electronic filing _____ Other means

UNITED STATES ATTORNEY
By: */s/ Z. Noble*
Paralegal Contractor