IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:25-cv-00133 |
| | ) | |
| v. | ) | |
| | ) | |
| APPROXIMATELY $24,488 IN U.S. CURRENCY AND A GOLD NECKLACE AND PENDANT, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. Supp. R. G(4), a Notice of Judicial Forfeiture and a copy of the Verified Complaint for Forfeiture in Rem for the above action were sent to:

1. Roberto Esquivias-Sandoval, on December 9, 2025, via U.S. Certified Mail and First-Class Mail to his place of incarceration. The Certified Mail was delivered on December 12, 2025.

2. Axel Escamilla, on December 9, 2025, via U.S. Certified Mail and First-Class Mail to his place of incarceration. The Certified Mail Return Receipt was returned signed but undated to the U.S. Attorney's Office on December 16, 2025.

3. Edwin Munoz, on December 10, 2025, via U.S. Certified Mail and First-Class Mail to his current address, according to a public records database.[1] The U.S. Certified Mail and First-Class Mail were returned undeliverable.

4. Edwin Munoz, on January 26, 2026, via U.S. Certified Mail and First-Class Mail to the seizure address, which was the last address he gave to the seizing

[1] Edwin Munoz was identified as the correct individual in the public records database using the date of birth in the search warrant reports from the seizing agency.

agency. *See* Fed. R. Civ. P. Supp. R. G(4)(b)(iii)(D)–(E). The U.S. Certified Mail and First-Class Mail were both returned undeliverable.

5. Plaintiff was unable to locate another address for Edwin Munoz.[2]

6. Documentation of the above has been attached hereto as Exhibit 1.

Respectfully submitted,

David C. Waterman
United States Attorney

By: */s/ Craig Peyton Gaumer*
Craig Peyton Gaumer
Assistant United States Attorney
U. S. Attorney's Office
210 Walnut Street, Suite 455
Des Moines, Iowa 50309
Tel: (515) 473-9317
Fax: (515) 473-9292
Email: craig.gaumer@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

__X__ U.S. Mail _____ Fax _____ Hand Delivery __X__ ECF/Electronic filing _____ Other means

UNITED STATES ATTORNEY
By: */s/ Z. Noble*
Paralegal Contractor

[2] *See* Fed. R. Civ. P. Supp. R. G(4)(b)(iii)(D) and (E) advisory notes (2006 Adoption) ("The government is not obliged to undertake an independent investigation to verify the address" of a potential claimant that is not incarcerated at the time that notice is sent.); *See also Jones v. Flowers*, 547 U.S. 220, 235–36 (2006) (holding if certified mail notice of property seizure is returned unclaimed, government is required to take "additional reasonable steps to notify [the property owner], if it is practicable to do so[,]" such as re-sending notice by regular mail, but did not require search of the phonebook or other government records to locate new address).