IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATLEY $24,488 IN U.S. CURRENCY AND A GOLD NECKLACE AND PENDANT,<br><br>Defendants. | ) | Civil No. 3:25-cv-00133<br><br>MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND PARTIAL VOLUNTARY DISMISSAL |

Plaintiff, the United States of America, by and through undersigned counsel, hereby files this Motion for Partial Judgment on the Pleadings and requests the Court enter a judgment of forfeiture in favor of Plaintiff for approximately $24,488 in U.S. currency, and dismiss the gold necklace and pendant as Defendant Property. As discussed below and in the accompanying brief, this motion is based on Claimant Esquivias-Sandoval's written relinquishment of any claim he has to $23,045 of the funds and his failure to contest the forfeiture of the additional funds.

1. On November 28, 2025, Plaintiff filed its Verified Complaint for Forfeiture in Rem. (ECF No. 1.)

2. On January 21, 2026, Claimant filed his Verified Claim. (ECF No. 3.)

3. On February 2, 2026, Claimant filed an Answer with an appended Motion to Dismiss. (ECF No. 7.) Plaintiff opposed the Motion to Dismiss (ECF No. 8), and Claimant filed a Reply (ECF No. 9).

4. Fed. R. Civ. P. 12(c) provides that "[a]fter the pleadings are closed—but early enough not to delay trial—a party may move for judgment on the pleadings."

5. Pleadings are now closed, and submission of this motion will not delay trial in this matter.

6. In his pleadings, Claimant disclaimed interest in the $23,045 of the Defendant Currency that he previously claimed. *See* ECF No. 7 at 4, 14; ECF No. 9, ¶ 9. As discussed in Plaintiff's brief, there is no material issue of fact as to the Defendant Currency.

7. Fed. R. Civ. P. 41(a)(2) states that "an action may be dismissed at the plaintiff's request…by court order, on terms that the court considers proper."

8. For the reasons stated in its brief, Plaintiff requests the Court dismiss the Gold Necklace and Pendant as Defendant Property in this case.

Respectfully Submitted,

David C. Waterman
United States Attorney

By: */s/ Craig Peyton Gaumer*

Craig Peyton Gaumer
Assistant United States Attorney
U. S. Attorney's Office
210 Walnut Street, Suite 455
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: craig.gaumer@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

__X__U.S. Mail _____Fax _____Hand Delivery __X__ECF/Electronic filing _____Other means

UNITED STATES ATTORNEY
By: */s/ Z. Noble*
Paralegal Contractor