# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA

Plaintiff(s),

v.

APPROXIMATELY $24,488 IN U.S. CURRENCY, AND A GOLD NECKLACE AND PENDANT,

Defendant(s),

**CIVIL NUMBER: 3:25-cv-00133-SMR-SBJ**

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**. This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

The Government's motion for partial judgment on the pleadings and voluntary dismissal is GRANTED. Defendant Gold Necklace and Pendant are DISMISSED without prejudice, and the Government shall promptly return them to the authorized recipient named in Claimant's declaration. Claimant's motion to dismiss is DENIED as moot.

Date: September 14, 2026

CLERK, U.S. DISTRICT COURT

/s/ M. Hinnah

By: Deputy Clerk